**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 115 MAL 2017

                 Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

               v.   :

CALVIN JAMAR HILL-GAMBLE,   :

                 Petitioner   :


## ORDER


**PER CURIAM**

     **AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.